**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1397

ALVIN MOSIER,

Plaintiff – Appellant,

v.

COMMONWEALTH OF VIRGINIA; ROBERT F. MCDONNELL, in his
official capacity as Governor of the Commonwealth of
Virginia; MARIA GRAFF DECKER, in her official capacity as
the Virginia Department of Corrections Secretary of Public
Safety; THE DEPARTMENT OF CORRECTIONS; HAROLD W. CLARKE, in
his individual and official capacity as Director; CITY OF
FAIRFAX; FAIRFAX COUNTY; BOARD OF SUPERVISORS OF FAIRFAX
COUNTY, VIRGINIA; SHARON BULOVA, in her individual and
official capacity as member of the Fairfax County Board of
Supervisors; JOHN C. COOKE, in his individual and official
capacity as member of the Fairfax County Board of
Supervisors; JOHN FOUST, in his individual and official
capacity as member of the Fairfax County Board of
Supervisors; CATHERINE M. HUDGINS, in her individual and
official capacity as member of the Fairfax County Board of
Supervisors; JEFFREY C. MCKAY, in his individual and
official capacity as member of the Fairfax County Board of
Supervisors; PENELOPE A. GROSS, in her individual and
official capacity as member of the Fairfax County Board of
Supervisors; GERALD W. HYLAND, in his individual and
official capacity as member of the Fairfax County Board of
Supervisors; LINDA Q. SMYTH, in her individual and official
capacity as member of the Fairfax County Board of
Supervisors; PAT HERRITY, in his individual and official
capacity as member of the Fairfax County Board of
Supervisors; MICHAEL R. FREY, in his individual and
official capacity as member of the Fairfax County Board of
Supervisors; SHIRLEY M. STANLEY, in her individual and
official capacity as Acting Regional Director, Central
Regional Office over District 29 of Commonwealth of
Virginia Department of Corrections Probation and Parole
Central Region; R. FORREST POWELL, in his individual and

official capacity as Regional Director over District 29 of Commonwealth of Virginia Department of Corrections Probation and Parole Central Region; TRACY LAVELY, in her individual and official capacity as Chief Probation and Parole Officer of Commonwealth of Virginia Department of Corrections Probation and Parole District 29 Fairfax, Fairfax County, VA; MARK GRAZIANO, in his individual and official capacity as Deputy Chief Probation and Parole Officer, Steven Berger's Supervisor, Commonwealth of Virginia Department of Corrections Probation and Parole District 29 Fairfax, Fairfax County, VA; HERMENE ROCAMORA, in her individual and official capacity as Deputy Chief Probation and Parole Officer, Commonwealth of Virginia Department of Corrections Probation and Parole District 29, Fairfax, Fairfax County, VA; STEVEN E. BERGER, in his individual and official capacity as Probation and Parole Officer, Commonwealth of Virginia Department of Corrections Probation and Parole District 29 Fairfax, Fairfax County, VA,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:11-cv-01381-CMH-TCB)

---

Submitted: July 19, 2012                    Decided: July 23, 2012

---

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Alvin Mosier, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia; Julia Bougie Judkins, BANCROFT, MCGAVIN, HORVATH & JUDKINS, PC, Fairfax, Virginia; Kimberly Pace Baucom, Assistant County Attorney, Fairfax, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Mosier appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Mosier's motions to strike briefs and motion for a certification of question and affirm for the reasons stated by the district court. Mosier v. Virginia, No. 1:11-cv-01381-CMH-TCB (E.D. Va. Feb. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED